UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID WAYNE GIBSON JR.                                CIVIL ACTION

VERSUS                                                NO. 24-00584-JWD-RLB

AMERICAN TRAVEL ASSOCIATES

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 25, 2024 (Doc. 7), to which no objection or amended complaint was filed;

**IT IS ORDERED** that this matter is **DISMISSED** as frivolous since Plaintiff has failed to cure deficiencies by amending the Amended Complaint within fourteen (14) days of the date of the report and recommendation.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on October 15, 2024.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA