

**DIVINE INTERVENTION REHABILITATION, LLC**
**MEDICATION INFORMED CONSENT**

Patient: David Gibson, DOB 3/27/1991
Account Number: DIV-DG464

The Specific Condition (s) being treated include (s) Psychoactive Medication:

**Medication Moving Forward**

| Medication | Dosage | Frequency | Symptoms Being Treated |
|---|---|---|---|
| gunfacine HCl | 1mg | Daily | ADHD |
| Lamotrigine | 100mg | Daily | Depression & Anxiety |
| Zyprexa | 7.5mg | Daily | Depression & Anxiety |
| Paxil | 10mg | Daily | Depression & Anxiety |

has been prescribed for:

- ☒ ADD/ADHD disorder
- ☐ Adjustment Disorder
- ☐ Agitation
- ☐ Socially Withdrawn
- ☒ Bipolar Disorder
- ☐ Delusional Disorder
- ☐ Impulse Control Disorder
- ☐ Mood Disorder W/ psychotic
- ☐ Obsessive Compulsive Disorder
- ☐ Panic Disorder
- ☐ Paranoia
- ☐ Psychotic Disorder
- ☐ Sleeping Disorder
- ☐ Severe Depression
- ☒ Anxiety Disorder
- ☐ Tourette syndrome
- ☐ Catatonia
- ☐ Schizophrenia

The expected benefit(s) from the medication intervention includes:

- ☒ Improved Functional ability
- ☐ Reduced Adverse behavior

The clinically significant side effects possibly associated with this medication intervention included, but are not limited to:

- ☒ Mood Stabilizer: Itching, Rash, Excessive thirst, Frequent Urination, Tremor of hands, slurred speech, fast, slow, irregular, or pounding heartbeat, Blackout
- ☐ Antipsychotic: Blurred vision, confusion, Drooling, Dry mouth, Increased risk of death, Involuntary movement, Muscle rigidity, Restlessness, Sedation, Sleep disturbance, Stiffness.
- ☒ Antianxiety: Appetite change, Blurred vision, confusion, Dizziness, Drowsiness, Fatigue, Hypotension, Nightmare, sedation, Slurred speech, Urinary retention Dry mouth.
- ☐ Sedative Hypnotic: Anxiety, Confusion, Dizziness, Fatigue, Hallucination, Headache, Lightheadedness, Mania, Nightmare, Sedation, syncope.

- ☐ Antidepressant: Appetite change, Blurred vision, Constipation, Dry mouth, Dyspepsia, Headaches, Hypotension, Insomnia, Weight changes, Urinary retention
- ☐ Psychomotor Stimulants: Anorexia, Dry mouth, Impaired taste, Insomnia, Nervousness

By signing this consent, I give my full consent for the use of the medication indicated above. I have received education regarding this medication, including side effect, proper usage, noncompliance with medication and black box warnings.

Patient signature _____  Date 6/10/2022
☑ Recoverable Signature

X _____
Baraka W. Perez, MP
Medical Psychologist
Signed by: fa524ad2-1344-48e2-b05f-fd43f95f379f



## Accommodation

**HotelDepartment@Amtrav.com** <hoteldepartment@amtrav.com>
to Terry <terryr@amtrav.com>
Aug 2, 2:38 PM   SEEN

Hi Terry!

So I've been diagnosed with bipolar disorder for about 4 years. I'm pretty stable the majority of the time, but there are times when I need a intermittent day off. I told Silvia while I was under her during training and I told Rebecca today.

If I just need an excuse from my doctor that's not a problem to get. I understand that I can't get a blanket excuse but I can get one any time this happens in the future

Just let me know what you guys need and I'll get it over to you.

Thanks!
David

↩ Reply

 Gmail                                                          David Gibson <david.gibson0902@gmail.com>

# Fw: Accommodation Form
2 messages

**davidg@amtrav.com** <davidg@amtrav.com>                                           Wed, Oct 12, 2022 at 3:39 PM
Reply-To: davidg@amtrav.com
To: david.gibson0902@gmail.com

**David Gibson**
Travel Advisor



800-795-8371

Support@Amtrav.com

www.amtrav.com

---------- Forwarded message ----------
From: samanthal@amtrav.com
Date: October 12, 2022 at 3:37 PM CDT
Subject: Accommodation Form
To: davidg@amtrav.com
Cc: terryr@amtrav.com

Hi David,

Attached is an accommodation form for your doctor to fill out. Please submit this to them and have them return to us. It is important we receive this sooner than later. The form can be sent to myself or Terry.

If you have any questions please feel free to reach out to myself or Terry.

--



**Samantha Lagarenne**
HR Generalist
Human Resources | AmTrav

818-475-6837

samanthal@amtrav.com

📄 **ADA Medical Certification.docx**
32K

---

**David Gibson** <david.gibson0902@gmail.com>                                       Thu, Oct 13, 2022 at 11:27 AM
To: Korie Marrone <kmarrone@dirnola.com>

 **Gmail**    David Gibson <david.gibson0902@gmail.com>

## Meeting 10/18
3 messages

---

**David Gibson** <david.gibson0902@gmail.com>    Mon, Oct 17, 2022 at 7:53 PM
To: Rebecca Gavin <rebeccag@amtrav.com>

Hi Rebecca,

I have meeting with Samantha in HR concerning my disability and absences. Would you like to join the zoom? I would really appreciate it. It's for 1:15 CST.

- David

---

**Rebecca Gavin** <rebeccag@amtrav.com>    Tue, Oct 18, 2022 at 9:04 AM
To: David Gibson <david.gibson0902@gmail.com>, Samantha Lagarenne <samanthal@amtrav.com>

Sure, no problem.

Samantha,
Can you please add me to the invite.

Thanks
Rebecca
[Quoted text hidden]
--





**Rebecca Gavin**
Vice President of Operations
Traveler Services | AmTrav

312-525-9803

rebeccag@amtrav.com

www.amtrav.com

"Refer a Friend"

---

**Samantha Lagarenne** <samanthal@amtrav.com>    Tue, Oct 18, 2022 at 9:07 AM
To: Rebecca Gavin <rebeccag@amtrav.com>
Cc: David Gibson <david.gibson0902@gmail.com>

Absolutely. I will add you right now.
[Quoted text hidden]

--



**Samantha Lagarenne**
HR Generalist
Human Resources | AmTrav

818-475-6837

samanthal@amtrav.com

 Gmail                                                         David Gibson <david.gibson0902@gmail.com>

## Arbitration Agreement
2 messages

**David Gibson** <david.gibson0902@gmail.com>                                  Mon, Mar 4, 2024 at 8:42 AM
To: terryr@amtrav.com, Rebecca Gavin <rebeccag@amtrav.com>, samanthal@amtrav.com

Good Morning All,

Did I sign an arbitration agreement when I was hired?

If so can you send me a copy along with my signature and date?

Thanks,
David

---

**Terry Robin** <TerryR@amtrav.com>                                            Mon, Mar 4, 2024 at 1:01 PM
To: David Gibson <david.gibson0902@gmail.com>
Cc: Rebecca Gavin <rebeccag@amtrav.com>, samanthal@amtrav.com

Hello David,

AmTrav does not have an Arbitration agreement. I have attached our 2022 version of the handbook along with your signature acknowledging it. The handbook states how we investigate and handle claims.

Best Regards,

[Quoted text hidden]

---

**2 attachments**

- 34640Events4840850Tasks99861897EmployeeHandbookwi_4_22_202212_59PM.pdf
  77K

- ATS Final Handbook 2022.pdf
  604K

**Employee Handbook with Acknowledgment**
Instructions: ACKNOWLEDGMENT AND AGREEMENT
Instructions: This is to acknowledge that I have received a copy of the ATS Employee Handbook and understand that it sets forth the terms and conditions of my employment as well as the duties, responsibilities, and obligations of employment with ATS. I understand and agree that it is my responsibility to read the Employee Handbook and to abide by the rules, policies, and standards set forth in the Employee Handbook.
Instructions: I also acknowledge that, except for the policy of at-will employment and the separate ATS Alternative Dispute Resolution Program, ATS reserves the right to revise, delete, and add to the provisions of this Employee Handbook. All such revisions, deletions, or additions must be in writing and must be signed by the CEO of ATS. No oral statements or representations can change the provisions of this Employee Handbook. I also acknowledge that, except for the policy of at-will employment and the separate ATS Alternative Dispute Resolution Program, terms and conditions of employment with ATS may be modified at the sole discretion of ATS with or without cause or notice at any time. No implied contract concerning any employment-related decision, term of employment, or condition of employment can be established by any other statement, conduct, policy, or practice.
Instructions: I also acknowledge that my employment with ATS is not for a specified period of time and can be terminated at any time for any reason, with or without cause or notice, by me or by ATS. I acknowledge that no oral or written statements or representations regarding my employment can alter the foregoing. I also acknowledge that no Supervisor, Manager or Employee has the authority to enter into an employment agreement–express or implied–providing for employment other than at will.
Instructions: I understand that the foregoing agreement concerning my at-will employment status and the right of ATS to determine and modify the terms and conditions of employment is the sole and entire agreement between me and ATS concerning the duration of my employment, the circumstances under which my employment may be terminated, and the circumstances under which the terms and conditions of my employment may change. I further understand that this agreement supersedes all prior agreements, understandings, and representations concerning my employment with ATS.
Instructions: DRUG-FREE WORKPLACE AND SUBSTANCE ABUSE POLICY ACKNOWLEDGMENT OF RECEIPT
Instructions: I acknowledge that I have received my copy of the ATS Drug-Free Workplace and Substance Abuse Policy dated August 2019, that outlines the drug and alcohol use and testing policies of the ATS, and I have read, and I understand the information contained in the Policy.
Instructions: HARASSMENT, DISCRIMINATION, AND RETALIATION POLICY ACKNOWLEDGMENT OF RECEIPT
Instructions: I acknowledge that I have received my copy of the ATS Harassment, Discrimination, and Retaliation Policy dated August 2019, that outlines the harassment, discrimination, and related retaliation policies of the ATS, and I have read, and I understand the information contained in the Policy.
Instructions: TECHNOLOGY AND INTERNET POLICY ACKNOWLEDGMENT OF RECEIPT
Instructions: I acknowledge that I have received my copy of the ATS Technology and Internet Policy dated August 2019, that outlines the drug and alcohol use and testing policies of the ATS, and I have read, and I understand the information contained in the Policy.
**Signature:**

*David Gibson Jr.*

By signing this document you are legally bound to the agreements contained within.
Acknowledged By: David Gibson
Acknowledged IP: 45.31.203.45
Acknowledged Date: 4/22/2022 5:58:16 PM (UTC)

Nov 28, 2022

Dear David Gibson,

Effective 10/28/2022, your employment with AmTrav has been terminated.

You will receive your final paycheck in the amount of $1421.26. You will receive this the next payroll cycle. The pay date for this payroll will be 11/04/2022. If you do not receive this, please contact us immediately.

If you have any health benefits, your coverage will end on 10/31/2022. Our health benefits will send out information to continue your benefit choices via COBRA. If you do not receive this within 15 business days, please reach out to 800-833-0465.

If you participated in the company's retirement plan, this account is yours and will continue to have access to it through Amerita.com. No further deposits will be made, but the account will remain invested. You have the choice to leave it as is or roll it over into a different 401K plan. You need to contact them directly with all questions, as your account will no longer be administered by AmTrav. You may reach them at 800-277-9739.

At the start of your employment, AmTrav provided you with a work laptop. IT will be sending you a shipping label in the next couple of business days via your personal email. Please pack and ship this back to us asap. If we do not receive this laptop within 15 business days, you may receive an invoice requesting reimbursement to order a brand new one.

If you have questions or concerns, please contact the HR department at hr@amtrav.com.


Sincerely,

AmTrav Human Resources

 **Gmail**  David Gibson <david.gibson0902@gmail.com>

## Fw: Accommodation Form
2 messages

**davidg@amtrav.com** <davidg@amtrav.com>  Wed, Oct 12, 2022 at 3:39 PM
Reply-To: davidg@amtrav.com
To: david.gibson0902@gmail.com

**David Gibson**
Travel Advisor

**▲AmTrav**

800-795-8371

Support@Amtrav.com

www.amtrav.com

---------- Forwarded message ----------
From: samanthal@amtrav.com
Date: October 12, 2022 at 3:37 PM CDT
Subject: Accommodation Form
To: davidg@amtrav.com
Cc: terryr@amtrav.com

Hi David,

Attached is an accommodation form for your doctor to fill out. Please submit this to them and have them return to us. It is important we receive this sooner than later. The form can be sent to myself or Terry.

If you have any questions please feel free to reach out to myself or Terry.

--


**Samantha Lagarenne**
HR Generalist
Human Resources | AmTrav

818-475-6837

samanthal@amtrav.com

 **ADA Medical Certification.docx**
32K

---

**David Gibson** <david.gibson0902@gmail.com>  Thu, Oct 13, 2022 at 11:27 AM
To: Korie Marrone <kmarrone@dirnola.com>

Good Morning,

Can you fill this out for me? I'm asking for 3 days off a month in case I get sick or have issues with meds.

HR is trying to write me up for missing when we had that issue with my meds. Even though we sent an excuse.

I don't think they can do that since I have a disability. If they send it I'm not signing it. I'll probably get in touch with the EEOC or a disability lawyer.

- David

Begin forwarded message:

> **From:** davidg@amtrav.com
> **Date:** October 12, 2022 at 3:39:57 PM CDT
> **To:** david.gibson0902@gmail.com
> **Subject: Fw: Accommodation Form**
> **Reply-To:** davidg@amtrav.com
>
> **David Gibson**
> **Travel Advisor**
>
> 800-795-8371
>
> Support@Amtrav.com
>
> www.amtrav.com
>
> ----------- Forwarded message -----------
> From: samanthal@amtrav.com
> Date: October 12, 2022 at 3:37 PM CDT
> Subject: Accommodation Form
> To: davidg@amtrav.com
> Cc: terryr@amtrav.com
>
> Hi David,
>
> Attached is an accommodation form for your doctor to fill out. Please submit this to them and have them return to us. It is important we receive this sooner than later. The form can be sent to myself or Terry.